No. 52759.—Associated Merchandising Corp. et al. *v.* United States, protests 138751–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.